IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 8, 2009

Charles R. Fulbruge III
Clerk

No. 08-40207
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

OMAR GONZALEZ-FERNANDEZ, also known as Omar Fernandez-Gonzalez,
also known as Carlos Gonzalez-Hernandez, also known as Carlos Manuel
Gonzalez-Hernandez, also known as Omar Hernandez-Gonzalez

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:07-CR-1456-ALL

Before REAVLEY, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

Rehearing is granted.

An amended transcript of the sentencing shows that the written sentence
of three years supervised release accords with the oral sentence. Our record
being inconsistent, we follow the request of the defendant with our remand for

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

the district court to decide whether further action should be taken.

REMANDED.